UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARET GILBERT,

                Plaintiff,                      **Case No.: 6:12-cv-06688-CJS**

      -against-                      **NOTICE OF SETTLEMENT**

GC SERVICES, LP,

                Defendant.

NOW COMES the Plaintiff, MARGARET GILBERT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                      RESPECTFULLY SUBMITTED,

                                      By: /s/ Shireen Hormozdi
                                      Shireen Hormozdi
                                      Krohn & Moss, Ltd
                                      10474 Santa Monica Blvd., Suite 405
                                      Los Angeles, CA 90025
                                      Phone: (323) 988-2400 ext. 267
                                      Fax: (866) 802-0021
                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff

.