UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARET GILBERT,

        Plaintiff,

-against-

GC SERVICES, LP,

        Defendant.

Case No.: 6:12-cv-06688-CJS-JWF

## STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, MARGARET GILBERT and Defendant, GC SERVICES, LP, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARGARET GILBERT, against Defendant, GC SERVICES, LP, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: October 29, 2013

| KROHN & MOSS, LTD. | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ Adam T. Hill | /s/ Concepcion A. Montoya |
| Adam T. Hill | Concepcion A. Montoya, Esq. |
| 10 N. Dearborn, 3rd Floor | 780 Third Avenue, 4th Floor |
| Chicago, Illinois 60602 | New York, New York 10017 |
| Phone: 312-578-9428 | Phone: (212) 471-6200 |
| Fax: 866-870-0941 | cmontoya@hinshawlaw.com |
| ahill@consumerlawcenter.com | Attorney for Defendant |
| Attorney for Plaintiff, | GC SERVICES, LP |
| MARGARET GILBERT | |