UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARET GILBERT,

          Plaintiff,

-against-

GC SERVICES, LP,

          Defendant.

Case No.: 6:12-cv-06688-CJS-JWF

### [PROPOSED] ORDER OF STIPULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 11-1-13

_____
Charles J. Siragusa
United States District Judge